UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          Case no. 6:08-cr-231-Orl-28KRS

AQMI STRATEGY CORPORATION,
PRESIDION SOLUTIONS, INC., AND
PROFESSIONAL BENEFIT
SOLUTIONS, d/b/a/ PRESIDION
SOLUTIONS VII, INC.

_____/

NOTICE OF APPEAL

Notice is hereby given that AQMI Strategy Corporation,

Presidion Solutions, Inc., and Professional Benefit Solutions,

d/b/a/ Presidion Solutions VII, Inc., defendants above named,

hereby appeals to the United States Court of Appeals for the

Eleventh Circuit from the Order of the Court on January 6, 2010

denying reconsideration of the dismissal without prejudice.


Respectfully submitted this 14th day of January 2010.


Frank L. Amodeo
Register No. 48883-019
Federal Correctional Complex (low)
P.O. Box 1031
Coleman, FL. 33521-1031